1  ROBERT C. RYAN, ESQ. (NEVADA SBN 7164)
   KLARQUIST SPARKMAN, LLP
2  6151 LAKESIDE, SUITE 2100
   RENO, NEVADA  89511
3  TELEPHONE:  775.824.0104
   FAX: 775.824.0107
4  E-mail:  robert.ryan@klarquist.com

5
   MICHAEL N. ZACHARY, ESQ.
6  ADAM WICHMAN, ESQ.
   KLARQUIST SPARKMAN, LLP
7  ONE UNION SQUARE
   600 UNIVERSITY STREET, SUITE 2950
8  SEATTLE, WASHINGTON 98101
   TELEPHONE: 206.264.2960
9  FAX: 206.624.2719
   E-mail:  michael.zachary@klarquist.com
10 E-mail:  adam.wichman@klarquist.com

11 *Attorneys for Plaintiff*
   SERVER TECHNOLOGY, INC.
12

13

                    UNITED STATES DISTRICT COURT
14                       DISTRICT OF NEVADA

15

16 SERVER TECHNOLOGY, INC. (a Nevada  )    Case No.: 3:06-CV-_____
   corporation),                      )
17                                    )
                                      )
18          Plaintiff,                )    **COMPLAINT FOR PATENT**
                                      )    **INFRINGEMENT**
19     vs.                            )
                                      )    **JURY DEMAND**
20                                    )
                                      )
21 AMERICAN POWER CONVERSION          )
   CORPORATION (a Massachusetts       )
22 corporation),                      )
                                      )
23          Defendant.                )
                                      )

24

25      Plaintiff Server Technology, Inc., as and for its Complaint, alleges as follows against

26 Defendant American Power Conversion Corporation.

COMPLAINT
Page 1

## JURISDICTION

1. This is an action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. Accordingly, the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1338(a).

## PARTIES

2. Plaintiff Server Technology, Inc. ("Server Technology" or "Plaintiff") is a Nevada corporation having its principal place of business at 1040 Sandhill Drive, Reno, Nevada 89521.

3. Defendant American Power Conversion Corporation ("APC" or "Defendant") is a Massachusetts corporation having its principal place of business at 132 Fairgrounds Road, West Kingston, Rhode Island 02892. APC is doing business within the District of Nevada.

## GENERAL ALLEGATIONS

4. Server Technology is a leader in innovative power management solutions. It designs and manufactures products relating to computerized data center power management, including, among others, intelligent power distribution systems.

5. Server Technology is the owner of United States Patent No. 7,043,543 B2 ("the '543 patent"), entitled "VERTICAL-MOUNT ELECTRICAL POWER DISTRIBUTION PLUGSTRIP," which issued on May 9, 2006. A true and correct copy of the '543 patent is attached hereto as Exhibit A.

6. Server Technology is the owner of United States Patent No. 7,099,934 B1 ("the '934 patent"), entitled "NETWORK-CONNECTING POWER MANAGER FOR REMOTE APPLIANCES," which issued on August 29, 2006. A true and correct copy of the '934 patent is attached hereto as Exhibit B.

7. The '543 and '934 patents are referred to herein as the "Server Technology Patents."

8. Server Technology marks its products with the numbers of the Server Technology Patents in accordance with 35 U.S.C. § 287.

9. APC makes and sells computerized data center power management devices, power distribution products, and other network infrastructure and network power management products and systems.

## FIRST CAUSE OF ACTION

**(Infringement of the '543 patent)**

10. Plaintiff incorporates and re-alleges paragraphs 1 to 9 as if fully set forth herein.

11. APC has infringed and is infringing the '543 patent by manufacturing, using, offering to sell, or selling, within the United States, and/or by importing into the United States, products, including but not limited to its "Switched Rack PDU" devices, in violation of 35 U.S.C. § 271(a).

12. On information and belief, APC has infringed and is infringing the '543 patent by inducing and/or contributing to infringement in violation of 35 U.S.C. § 271(b) and/or § 271(c).

13. On information and belief, APC either was aware of the '543 patent or became aware of the '543 patent as a result of its review of this Complaint.

14. APC's infringing acts have caused damage to Server Technology.

15. APC will continue to infringe the '543 patent unless preliminarily and permanently enjoined by this Court. As a result of APC's infringing conduct, Server Technology has suffered, and will continue to suffer, irreparable harm for which there is no adequate remedy at law. Accordingly, Server Technology is entitled to preliminary and permanent injunctive relief against such infringement pursuant to 35 U.S.C. § 283.

## SECOND CAUSE OF ACTION

**(Infringement of the '934 patent)**

16. Plaintiff incorporates and re-alleges paragraphs 1 to 15 as if fully set forth herein.

17. APC has infringed and is infringing the '934 patent by, among other things, practicing within the United States one or more methods claimed therein, in violation of 35 U.S.C. § 271(a).

18. Upon information and belief, APC has infringed and is infringing the '934 patent by inducing and/or contributing to infringement by others in violation of 35 U.S.C. § 271(b) and/or § 271(c).

19. On information and belief, APC either has been aware of the '934 patent or became aware of the '934 patent as a result of its review of this Complaint.

20. APC's infringing acts have caused damage to Server Technology.

21. APC will continue to infringe the '934 patent unless preliminarily and permanently enjoined by this Court. As a result of APC's infringing conduct, Server Technology has suffered, and will continue to suffer, irreparable harm for which there is no adequate remedy at law. Accordingly, Server Technology is entitled to preliminary and permanent injunctive relief against such infringement pursuant to 35 U.S.C. § 283.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests entry of judgment in its favor and against Defendant APC as follows:

A. A determination that Defendant has infringed each of the Server Technology patents;

B. Issuance of a preliminary and permanent injunction enjoining Defendant, its agents, officers, assigns and all others acting in concert with Defendant from infringing the Server Technology patents;

C. An award of damages to compensate Server Technology for the infringing acts complained of herein;

D. An award of pre-judgment interest and post-judgment interest on the damages awarded;

E. Such other and further relief as the Court deems just.

1  Plaintiff demands trial by jury.

3  Dated this 18th day of December, 2006.

                                                  KLARQUIST SPARKMAN, LLP

By:   /s/ Robert C. Ryan
        Robert C. Ryan, (Nevada SBN 7164)
        6151 Lakeside, Suite 2100
        Reno, Nevada  89511
        Telephone:  775.824.0104
        Fax: 775.824.0107
        E-mail:  robert.ryan@klarquist.com

        Michael N. Zachary, Esq.
        Adam Wichman, Esq.
        One Union Square
        600 University Street, Suite 2950
        Seattle, Washington 98101
        Telephone: 206.264.2960
        Fax: 206.624.2719
        E-mail: michael.zachary@klarquist.com
        E-mail:  adam.wichman@klarquist.com

        *Attorneys for Plaintiff*
        SERVER TECHNOLOGY, INC.