DISTRICT COURT
DISTRICT OF NEVADA

SERVER TECHNOLOGY, INC. (a Nevada corporation),

    Plaintiff and Counterdefendant,

vs.

AMERICAN POWER CONVERSION CORPORATION (a Massachusetts corporation),

    Defendant and Counterplaintiff.

Case No.: 3:06-CV-00698-LRH-VPC

**ORDER**

**SHORTENING TIME**

    IT IS SO ORDERED that STI shall respond to APC's Motion for Continuance on or before Thursday, February 21, 2008, and that briefing on STI's Motion for Partial Summary Judgment, filed on February 6, 2008, shall be suspended until the Court has had an opportunity to rule on APC's Motion for Continuance, filed February 13, 2008.  APC shall reply on or before Monday, February 25, 2008.

    IT IS SO ORDERED this 19th day of February, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE