# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SERVER TECHNOLOGY, INC. (a Nevada corporation),<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION (a Massachusetts corporation),<br><br>        Defendant. | Case No.  3:06-CFV-00698-LRH-VPC<br><br>**STIPULATION TO EXTEND DEADLINE FOR JOINT CLAIM CHART AND PREHEARING STATEMENT** |

    Server Technology, Inc. ("STI"), Plaintiff, and American Power Conversion Corporation ("APC"), Defendant, hereby stipulate to extend the due date for the Joint Claim Construction and Prehearing Statement from Tuesday, February 19, 2008, to Friday, February 22, 2008.

    STI and APC state that the sought extension will give the parties additional time to analyze their respective proposed claim constructions and, perhaps as a result, reach agreement with respect to certain of such constructions. Any agreement the parties are able to reach with respect to proposed claim constructions likely will streamline the remaining claim construction process, including claim construction briefing, the claim construction hearing, and construction of the asserted claims of the patents-in-suit by the Court.

1

Wherefore, STI and APC respectfully request that the Court enter an order extending the deadline to the date above.

Respectfully submitted,

DATED this 19th day of February, 2008.

/s/ Robert C. Ryan
Robert C. Ryan, Esq. (Nevada SBN 7164)
HOLLAND & HART LLP
1 East Liberty Street
6th Floor
Reno, Nevada 89504
Telephone: 775.686.6092
Fax: 877.665.5867
E-mail:  rcryan@hollandhart.com


/s/ Matthew G. McAndrews
Raymond P. Niro, Esq.
Matthew G. McAndrews, Esq.
Nicholas M. Dudziak, Esq.
Karen L. Blouin, Esq.
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Telephone: 312.236.0733
Fax: 312.236.3137
E-mail:  mmcandrews@nshn.com
E-mail:  dudziak@nshn.com
E-mail:  blouin@nshn.com

Attorneys for Plaintiff
SERVER TECHNOLOGY, INC.

/s/ Janine C. Prupas
William E. Peterson (Nevada SBN 1528)
Janine C. Prupas (Nevada SBN 9156)
MORRIS PICKERING & PETERSON
6100 Neil Rd., Suite 555
Reno, Nevada 89511
Telephone: (775) 829-6000
Facsimile: (775) 829-6001
E-mail:  wep@morrislawgroup.com
E-mail:  jcp@morrislawgroup.com


/s/ Stephen M. Geissler
Raymond N. Nimrod, Esq.
Terrance J. Traux, Esq.
Mark P. Vrla, Esq.
Stephen M. Geissler, Esq.
Kristopher R. Kiel, Esq.
JENNER & BLOCK LLP
330 North Wabash
Chicago, Illinois 60661
Telephone:  312.222.9350
Fax:  312.527.0484
E-mail:  rnimrod@jener.com
E-mail:  ttruax@jenner.com
E-mail:  mvrla@jenner.com
E-mail:  sgeissler@jenner.com
E-mail:  kkiel@jenner.com

Attorneys for Defendant
AMERICAN POWER CONVERSION
CORPORATION

2

**ORDER OF THE COURT**

Upon review of the joint submission of the parties to extend the due date for the Joint Claim Construction and Prehearing Statement, the Court finds that the Stipulation to Extend the Due Date for the Joint Claim Construction and Prehearing Statement is appropriate. Therefore, IT IS SO ORDERED that:

The due date for the Joint Claim Construction and Prehearing Statement is extended to Friday, February 22, 2008.

IT IS SO ORDERED.

DATED this 22nd day of February, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

HOLLAND & HART LLP
1 East Liberty Street, 6th Floor
Reno, Nevada 89504