UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

SERVER TECHNOLOGY, INC. (a Nevada corporation),

    Plaintiff and Counterdefendant,

vs.

AMERICAN POWER CONVERSION CORPORATION (a Massachusetts corporation),

    Defendant and Counterplaintiff.

Case No.: 3:06-CV-00698-LRH-VPC

**ORDER SHORTENING TIME**

IT IS SO ORDERED that STI shall reply to APC's Opposition To STI's Motion For Leave To File An Opening Claim Construction Memorandum In Excess Of Thirty Pages on or before Tuesday, May 27, 2008, and that the briefing schedule in connection with STI's Opening Claim Construction Memorandum, filed on May 19, 2008, shall be stayed until the Court has had an opportunity to rule on STI's Motion for Leave to File an Opening Claim Construction Memorandum in Excess of Thirty Pages (#96) filed May 19, 2008.

DATED this 22nd day of May, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

APC'S MOTION FOR ORDER SHORTENTING TIME

3