UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

SERVER TECHNOLOGY, INC. (a Nevada corporation),

                 Plaintiff,

vs.

AMERICAN POWER CONVERSION CORPORATION (a Massachusetts corporation),

                 Defendant.

Case No.: 3:06-CV-00698-LRH-VPC

**JOINT STIPULATION SETTING A REVISED BRIEFING SCHEDULE FOR CLAIM CONSTRUCTION AND SUMMARY JUDGMENT** ; ORDER

Pursuant to the Court's June 17, 2008 Order (Docket No. 106), the parties in the above-entitled action submit this Joint Stipulation Setting a Revised Schedule and Proposed Order, Ex. 1.

1    1.    The parties' responsive briefing regarding claim construction was stayed pending

the Court's decision on Server Technology's motion for leave to file an overlength brief. (Docket

No. 102)

2.    Previously, American Power Conversion requested, and was granted, permission

to file its response to Server Technology's pending Motion for Summary Judgment coincident

with its responsive claim construction brief (Docket No. 83).

3.    In accordance with the Court's June 17, 2008 Order, the parties have agreed on

and hereby propose the below stipulated Revised Briefing Schedule for Responsive Claim

Construction and Summary Judgment:

| EVENT | PROPOSED DATED |
|---|---|
| Parties' Exchange of Responsive Claim Construction Briefing and APC's Responsive Summary Judgment Brief | July 18, 2008 |
| Parties' Exchange of Reply Claim Construction Briefing and STI's Reply Summary Judgment Brief | August 1, 2008 |
| Claim Construction Hearing | August 15, 2008, subject to the Court's convenience |

4.    The remaining events detailed in the Court's Scheduling Order, including those

events called for pursuant to the Patent Local Rules, occur at prescribed intervals following the

Claim Construction Hearing and/or the Claim Construction Order.  Accordingly, those dates will

be adjusted based on the actual dates of the Claim Construction Hearing and the Claim

Construction Order.

The electronic filer attests that the individuals names who appear below have signed this

document.

1    DATED this 27th day of June 2008.          /s/ Matthew G. McAndrews

2                                               Raymond P. Niro, Esq.
                                                Matthew G. McAndrews, Esq.
3                                               Frederick C. Laney, Esq.
                                                Nicholas M. Dudziak, Esq.
4                                               NIRO, SCAVONE, HALLER & NIRO
                                                181 West Madison Street, Suite 4600
5                                               Chicago, Illinois 60602
                                                Telephone: 312.236.0733
6                                               Fax: 312.236.3137
                                                E-mail:  mmcandrews@nshn.com
7                                               E-mail:  laney@nshn.com
                                                E-mail:  dudziak@nshn.com
8
9                                               Robert C. Ryan, Esq. (Nevada SBN 7164)
                                                HOLLAND & HART LLP
10                                              200 South Virginia Street,  8th Floor
                                                Reno, Nevada  89504
11                                              Telephone:  775.686.2492
                                                Fax: 877.665.5867
12                                              E-mail:  rcryan@hollandhart.com

13                                              SERVER TECHNOLOGY, INC.

14   DATED this 27th day of June 2008.          /s/ Raymond N. Nimrod

15                                              Raymond N. Nimrod
                                                Mark P. Vrla
16                                              Stephen M. Geissler
                                                Kristopher R. Kiel
17                                              Jenner & Block
                                                330 North Wabash
18                                              Chicago, Illinois 60661
                                                E-Mail: Rnimrod@Jenner.Com
19                                              E-Mail:  Mvrla@Jenner.Com
                                                E-Mail: Sgeissler@Jenner.Com
20                                              E-Mail: Kkiel@Jenner.Com

21
                                                William E. Peterson (Nevada SBN 1528)
22                                              Morris Pickering & Peterson
                                                6100 Neil Road, Suite 555
23                                              Reno, Nevada 89511
                                                E-Mail: Wep@Morrislawgroup.Com
24
                                                AMERICAN POWER CONVERSION
25                                              CORPORATION

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## ORDER OF THE COURT

Upon review of the joint submission of the parties, the Court finds that the proposed scheduling order is appropriate.  Therefore, IT IS SO ORDERED that the revised joint scheduling order as set forth above and in Exhibit 1 shall be followed by all parties in this case.

IT IS SO ORDERED

Dated: June 30, 2008

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

**EXHIBIT 1**

| EVENT | PROPOSED DATED |
|-------|----------------|
| Parties' Exchange of Responsive Claim Construction Briefing and APC's Responsive Summary Judgment Brief | July 18, 2008 |
| Parties' Exchange of Reply Claim Construction Briefing and STI's Reply Summary Judgment Brief | August 1, 2008 |
| Claim Construction Hearing | August 15, 2008, subject to the Court's convenience |