1
2
3
4
5
6
7
8
9
10
11
12                     UNITED STATES DISTRICT COURT
13                          DISTRICT OF NEVADA
14
15   SERVER TECHNOLOGY, INC.,            ) CASE NO. 3:06-cv-00698-LRH-(VPC)
                                         )
16              Plaintiff and Counterdefendant,  ) **APC'S MOTION FOR ONE-WEEK**
                                         ) **EXTENSION OF TIME TO FILE**
17         v.                            ) **RESPONSIVE BRIEFS**; ORDER
                                         )
18   AMERICAN POWER CONVERSION           )
     CORPORATION,                        )
19                                       )
                Defendant and Counterclaimant.  )
20                                       )
21
22
23
24
25
26

1       Defendant and counterclaimant American Power Conversion Corp. ("APC"), by its attorneys, respectfully requests this Court to grant it a one-week extension of time to file (i) APC's Opposition To Server Technology, Inc's Opening Claim Construction Brief; (ii) APC's Response To Server Technology, Inc.'s Motion For Partial Summary Judgment Of Non-Infringement Of Claim 10 Of APC's '442 Patent. In support of this motion, APC states as follows:

1. On February 6, 2008, Server Technology, Inc. ("STI") filed a Motion For Partial Summary Judgment For Non-Infringement Of Claim 10 Of APC's '442 Patent. On March 12, 2008, this Court ordered that summary judgment briefing would be stayed until briefing on claim construction issues.

2. On May 19, 2008, the parties filed their opening claim construction briefs. STI filed a 65-page Opening Claim Construction Brief. That brief seeks construction of at least 24 terms contained in three different STI patents, including U.S. Patent No. 7,099,934, U.S. Patent No. 7,043,543, and U.S. Patent No. 7,171,461. As detailed in STI's request for leave to file an oversized brief, STI's Opening Claim Construction Brief raises a number of complex legal and technical issues regarding its patents and the underlying technology.

3. On May 22, 2008, APC filed an objection to STI's oversized brief. During the pendency of that objection, APC did not know whether it would be required to respond to STI's 65-page brief or a shorter brief ordered by the Court. On June 17, 2008, the Court granted STI's request to file an oversized brief.

5. On July 1, 2008, the Court established a briefing schedule for both the claim construction briefs and STI's summary judgment motion. The Court ordered that the briefing would proceed simultaneously and that APC's responses to both STI's Opening Claim Construction Brief and STI's Motion For Partial Summary Judgment would be due on July 18, 2008.

1

6. In the days since the Court established the briefing schedule, APC has worked diligently to investigate, research and brief the legal and technical issues raised in both STI's 65-page claim construction brief (involving three STI patents) and STI's motion for partial summary judgment (involving APC's '442 patent).

7. Due to the large number of issues raised by STI in its two briefs, APC requires a short one-week extension of time to complete its responsive briefing.

8. On July 16, 2008, APC's counsel contacted STI's counsel by telephone and requested agreement to the one-week extension. APC previously agreed to several requests by STI for extensions of various deadlines, including briefing deadlines. Nevertheless, APC and STI were not able to reach agreement on the instant limited request by APC for a one-week extension to file responses to STI's Opening Claim Construction Brief and STI's Motion for Summary Judgment.

10. Accordingly, APC respectfully requests that the Court grant it a one-week extension, until July 25, 2008, to respond to STI's two briefs.

11. Correspondingly, APC requests that the Court extend by one week the current due date for both parties' reply briefs, now set for August 1, until August 8.

13. This request is not interposed for any improper purpose, and no party will be prejudiced by the further one week adjustment in the briefing schedule.

WHEREFORE, American Power Conversion Corporation respectfully requests this Court to enter an Order revising the briefing schedule as follows:

(1) APC's responses to (a) STI's Opening Claim Construction brief; and (b) STI's Motion For Partial Summary Judgment shall be due on July 25, 2008;

(2) All parties' reply briefing in connection with the claim construction issues and STI's Motion For Partial Summary Judgment shall be due on August 8, 2008;

The electronic filer attests that the individuals whose names appear below have signed this document.

2

1  Dated: July 16, 2008

2  By: /s/ William E. Peterson
William E. Peterson
Janine Prupas
3  MORRIS PICKERING & PETERSON
6100 Neil Road, Suite 555
4  Reno, Nevada 89511

5  Raymond N. Nimrod
Terrence J. Truax
6  Mark P. Vrla
Stephen M. Geissler
7  Kristopher R. Kiel
JENNER & BLOCK LLP
8  330 N. Wabash
Chicago, Illinois 60611

9

*Attorneys for Defendant*
10  AMERICAN POWER CONVERSION
CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

Upon review of the joint submission of the parties, the Court finds that the proposed scheduling order is appropriate. Therefore, IT IS SO ORDERED that the revised joint scheduling order as set forth below:

    (1) APC's responses to (a) STI's Opening Claim Construction brief; and (b) STI's Motion For Partial Summary Judgment shall be due on July 25, 2008;

    (2) All parties' reply briefing in connection with the claim construction issues and STI's Motion For Partial Summary Judgment shall be due on August 8, 2008;

    (3) The date for the claim construction hearing shall remain unchanged and be held on August 29, 2008.   NO FURTHER EXTENSIONS SHALL BE GRANTED.

    IT IS SO ORDERED.

    DATED this 16th day of July, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE