UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SERVER TECHNOLOGY, INC., | ) CASE NO. 3:06-CV-00698-LRH-(VPC) |
| Plaintiff and Counterdefendant, | ) JOINT STIPULATION AND ORDER REGARDING |
| v. | ) FURTHER BRIEFING FOLLOWING THE MARKMAN HEARING |
| AMERICAN POWER CONVERSION CORPORATION, | ) |
| Defendant and Counterclaimant. | ) |

The parties to the above-captioned action submit this Joint Stipulation and Proposed Order Regarding Further Briefing Post Claim Construction.

For the reasons set forth by the Court at the close of the claim construction hearing held in this matter on November 12 and 13, 2008, the parties agree to adhere to the schedule set forth below for further submissions and briefing regarding claim construction.

(1) Each party shall file by Friday, December 5, 2008 a proposed Order, not to exceed twenty (20) pages, reciting its proposed claim constructions, and including a short description for the Court of the basis for its proposed constructions, for each disputed claim term.

(2) Each party will have the opportunity to file a substantive response memorandum to the opposing party's proposed Order. Each response shall not exceed twenty (20) pages and shall be filed by Tuesday, December 30, 2008.

(3) Each party will have the opportunity to file a reply memorandum to any such response. Each reply shall not exceed ten (10) pages and shall be filed by Monday, January 12, 2009.

By: /s/ Raymond N. Nimrod
William E. Peterson
Janine Prupas
MORRIS PICKERING & PETERSON
6100 Neil Road, Suite 555
Reno, Nevada 89511

Raymond N. Nimrod
Terrence J. Truax
Kristopher R. Kiel
JENNER & BLOCK LLP
330 N. Wabash
Chicago, Illinois 60611

*Attorneys for Defendant*
AMERICAN POWER CONVERSION CORPORATION

Dated: November 26, 2008

By: /s/ Matthew G. McAndrews
Raymond P. Niro, Esq.
Matthew G. McAndrews, Esq.
Frederick C. Laney, Esq.
Nicholas N. Dudziak, Esq.
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, 46th Floor
Chicago, Illinois 60602

Robert C. Ryan, Esq.
HOLLAND & HART LLP
1 East Liberty Street, 6th Floor
Reno, Nevada 89504

*Attorneys For Plaintiff*
SERVER TECHNOLOGY, INC.

Dated: November 26, 2008

## **ORDER OF THE COURT**

Upon review of the joint submission of the parties, the Court finds that the foregoing proposed Order regarding Further Briefing Post Claim Construction Hearing is appropriate. Therefore, IT IS SO ORDERED that the schedule as set forth above shall be followed by all parties in this case.

IT IS SO ORDERED this 3rd day of December, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE