UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SERVER TECHNOLOGY, INC., | ) CASE NO. 3:06-CV-00698-LRH-(VPC) |
| Plaintiff and Counterdefendant, | ) **JOINT STIPULATION REGARDING** |
| v. | ) **AN EXTENSION OF TIME FOR** ) **POST-HEARING BRIEFING ON** |
| AMERICAN POWER CONVERSION CORPORATION, | ) **CLAIM CONSTRUCTION ISSUES** )     **AND ORDER** ) |
| Defendant and Counterclaimant. | ) ) |

1   The parties to the above-captioned action submit this Joint Stipulation and Proposed Order Regarding The Schedule For Post-Hearing Briefing On Claim Construction Issues, in which the parties stipulate to an extension of time of six days from December 30 to Monday January 5 in which the parties may file their briefs in response to the Proposed Orders submitted to the Court on December 5, 2008.

The parties have conferred to discuss the schedule for post-hearing briefs, and the parties stipulate that, in light of the holiday schedule, an extension of time of six days from December 30 to Monday January 5 in which the parties may file their response briefs is warranted. The parties also agree that reply briefs should remain due on January 12, as previously scheduled by the Court. Thus, the stipulated extension of time for response briefs will not alter the time in which all briefing on claim construction issues is complete.

Accordingly, the parties request that the Court enter the attached Order giving effect to the parties' stipulation to submit their response briefs on January 5, and their reply briefs on January 12.

By: /s/ Raymond N. Nimrod
William E. Peterson
Janine Prupas
MORRIS PICKERING & PETERSON
6100 Neil Road, Suite 555
Reno, Nevada 89511

Raymond N. Nimrod
Terrence J. Truax
Kristopher R. Kiel
JENNER & BLOCK LLP
330 N. Wabash
Chicago, Illinois 60611

*Attorneys for Defendant*
AMERICAN POWER CONVERSION CORPORATION

Dated:  December 30, 2008

By: /s/ Matthew G. McAndrews (with consent)
Raymond P. Niro, Esq.
Matthew G. McAndrews, Esq.
Frederick C. Laney, Esq.
Nicholas N. Dudziak, Esq.
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, 46th Floor
Chicago, Illinois 60602

Robert C. Ryan, Esq.
HOLLAND & HART LLP
1 East Liberty Street, 6th Floor
Reno, Nevada 89504

*Attorneys For Plaintiff*
SERVER TECHNOLOGY, INC.

Dated:  December 30, 2008

**ORDER OF THE COURT**

Upon review of the Joint Submission of the parties, submitted December 30, 2008, the Court finds that the requested extension is appropriate. Therefore, IT IS SO ORDERED that the revised schedule for Post-Hearing Briefing On Claim Construction Issues is as set forth below:

(1) The parties' responses to the Proposed Orders submitted to the Court, which responses were previously scheduled to be filed on December 30, 2008, shall be due to the Court on January 5, 2009;

(2) The scheduled due date for the parties' reply briefs shall remain unchanged, and reply briefs shall be due to the Court as previously scheduled on January 12, 2009.

IT IS SO ORDERED

DATED: January 5, 2009.

_____
Larry R. Hicks
United States District Judge