Robert C. Ryan (Nevada SBN 7164)
Jerry M. Snyder (Nevada SBN 6830)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: 775-327-3000
Fax: 877-665-5867
E-mail: rcryan@hollandhart.com

James E. Hartley
Jonathon P. Martin
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado 80202-3979
Telephone: 303-295-8000
Fax: 303-295-8261
E-mail: jhartley@hollandhart.com
E-mail: jpmartin@hollandhart.com

Shane P. Coleman
HOLLAND & HART LLP
401 North 31st Street, Suite 1500
Billings, Montana 59101-1200
Telephone: 406-252-2166
Fax: 406-252-1669
E-mail: spcoleman@hollandhart.com

Raymond P. Niro
Matthew G. McAndrews
Frederick C. Laney
Dina Hayes
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Telephone: 312-236-0733
Fax: 312-236-3137
E-mail: mmcandrews@nshn.com
E-mail: laney@nshn.com
E-mail: hayes@nshn.com

Attorneys for Plaintiff
SERVER TECHNOLOGY, INC.



```
✓ FILED           ___ RECEIVED
___ ENTERED       ___ SERVED ON
           COUNSEL/PARTIES OF RECORD

           SEP - 9 2010

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SERVER TECHNOLOGY, INC. (a Nevada corporation),<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION (a Massachusetts corporation),<br><br>Defendant. | Case No. 3:06-CV-00698-LRH-(VPC)<br><br>**SERVER TECHNOLOGY, INC.'S REQUEST TO OBTAIN TRANSCRIPT OF SEALED RECORDING OF PROCEEDINGS [DOCUMENT 177]; ORDER** |

Plaintiff, SERVER TECHNOLOGY, INC., by and through its undersigned counsel of record, Holland & Hart LLP, hereby requests this Court to instruct the assigned court reporter to transcribe the sealed recording of the proceedings of the Settlement Conference held on July 27, 2010. [See Minutes of Proceedings, Document 177]. The court reporter is to provide a copy of said transcript to Holland & Hart LLP, and the proceedings shall remain sealed.

Respectfully submitted this 8th day of September, 2010.

By:    */s/ Robert C. Ryan*
       Robert C. Ryan

Robert C. Ryan (NEVADA SBN 7164)
Jerry M. Snyder (NEVADA SBN 6830)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: 775-686-6092
Fax: 877-665-5867
E-mail: rcryan@hollandhart.com

Raymond P. Niro
Matthew G. McAndrews
Frederick C. Laney
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Telephone: 312-236-0733
Fax: 312-236-3137
E-mail: mmcandrews@nshn.com
E-mail: laney@nshn.com
E-mail: dudziak@nshn.com

James E. Hartley
Jonathon P. Martin
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado 80202-3979
Telephone: 303-295-8000
Fax: 303-295-8261
E-mail: jhartley@hollandhart.com
E-mail: jpmartin@hollandhart.com

Shane P. Coleman
HOLLAND & HART LLP
401 North 31st Street, Suite 1500
Billings, Montana 59101-1200
Telephone: 406-252-2166
Fax: 406-252-1669
E-mail: spcoleman@hollandhart.com

Attorneys for Plaintiff
SERVER TECHNOLOGY, INC.

IT IS SO ORDERED.

DATED: September 9, 2010.

_____
United States Magistrate Judge

SERVER TECHNOLOGY'S REQUEST TO OBTAIN TRANSCRIPT OF SEALED RECORDING OF PROCEEDINGS [DOCUMENT 177]; ORDER

3

CASE NO. 3:06-CV-00698-LRH-VPC

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and District of Nevada EFP, Section IV, I hereby certify that on the 8th day of September, 2010, I caused the foregoing **SERVER TECHNOLOGY, INC.'S REQUEST TO OBTAIN TRANSCRIPT OF SEALED RECORDING OF PROCEEDINGS [DOCUMENT 177]; ORDER,** to be filed with the Clerk of Court by electronic means using CM/ECF System, which will transmit Notice of Electronic Filing ("NEF") by electronic means to each counsel of record listed below:

>Raymond N. Nimrod, Esq.
>Terrence J. Truax, Esq.
>Mark P. Vrla, Esq.
>Stephen M. Geissler, Esq.
>Kristopher R. Kiel, Esq.
>JENNER & BLOCK LLP
>330 N. Wabash
>Chicago, IL 60611
>Email: rnimrod@jenner.com
>        ttruax@jenner.com
>        mvrla@jenner.com
>        sgeissler@jenner.com
>        kkiel@jenner.com

>William E. Peterson, Esq.
>Janine E. Prupas, Esq.
>MORRIS PICKERING & PETERSON
>6100 Neill Road, Suite 555
>Reno, NV 89511
>Email: wep@morrislawgroup.com
>        jcp@morrislawgroup.com

>Attorneys for Defendant
>AMERICAN POWER CONVERSION CORPORATION

Dated: September 8, 2010            /s/ Cynthia L. Kelb

4909755_1.DOC

SERVER TECHNOLOGY'S REQUEST TO OBTAIN TRANSCRIPT OF        4        CASE NO. 3:06-CV-00698-LRH-VPC
SEALED RECORDING OF PROCEEDINGS [DOCUMENT 177];
ORDER

HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511