UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| SERVER TECHNOLOGY, INC., | ) | 3:06-CV-0698-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 27, 2011 |
| | ) | |
| AMERICAN POWER CONVERSION CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| AND RELATED COUNTERCLAIM | ) ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On January 18, 2011, defendant filed a motion for leave to file under seal its amended answer, affirmative defenses, and counterclaims to plaintiff's second amended complaint (#207). On the same date, and in an abundance of caution, defendant filed its amended answer under seal (#208).

On January 21, 2011, and after consultation with plaintiff, defendant filed a motion to unseal its amended answer (#211). Therefore,

**IT IS ORDERED** that defendants' motion to unseal its amended answer (#211) is **GRANTED**. Defendant's motion for leave to file under seal its amended answer (#207) is **DENIED as moot**. The Clerk shall **UNSEAL** the amended answer (#208).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
         Deputy Clerk