Robert C. Ryan (Nevada SBN 7164)
HOLLAND & HART LLP
200 South Virginia Street, 8th Floor
Reno, Nevada 89504
Telephone: (775) 686-2492
Fax: (877) 665-5867
rcryan@hollandhart.com

William E. Peterson (Nevada SBN 1528)
Janine E. Prupas (Nevada SBN 9156)
MORRIS PETERSON
6100 Neil Rd., Suite 555
Reno, Nevada 89511
Telephone: (775) 829-6000
Fax: (775) 829-6001
wep@morrislawgroup.com
jcp@morrislawgroup.com

Matthew G. McAndrews
Frederick C. Laney
NIRO, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Fax: (312) 236-3137
mmcandrews@nshn.com
laney@nshn.com

Terrence J. Truax
Kristopher R. Kiel
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2738
Fax: (312) 840-7738
ttruax@jenner.com
kkiel@jenner.com

*Attorneys for Plaintiff and Counterdefendant,*
Server Technology, Inc.

*Attorneys for Defendant and Counterplaintiff,*
American Power Conversion Corporation

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SERVER TECHNOLOGY, INC. (a Nevada corporation),<br><br>Plaintiff and Counterdefendant,<br><br>vs.<br><br>AMERICAN POWER CONVERSION CORPORATION (a Massachusetts corporation),<br><br>Defendant and Counterplaintiff. | Case No.: 3:06-CV-698-LRH-VPC<br><br>**PARTIES' STIPULATION CONCERNING SCHEDULE AND VACATUR OF FEBRUARY 7, 2011 CASE MANAGEMENT CONFERENCE** |

Following their February 2, 2011 teleconference with Magistrate Judge Cooke, Plaintiff-Counterdefendant Server Technology, Inc. ("STI") and Defendant-Counterplaintiff American Power Conversion Corporation ("APC") hereby stipulate to the following modifications to the schedule in this case and further stipulate to and respectfully seek vacatur of the case

management conference scheduled for February 7, 2011:

| Event | New Date | Old Date |
|---|---|---|
| Close of Fact Discovery: | April 29, 2011 | March 4, 2011 |
| Expert Disclosures: | May 13, 2011 | March 18, 2011 |
| Rebuttal Expert Reports: | June 13, 2011 | April 18, 2011 |
| Close of Expert Discovery: | July 15, 2011 | May 20, 2011 |
| Dispositive Motion Deadline: | August 12, 2011 | June 17, 2011 |
| Oppositions to Dispositive Motions: | September 12, 1011 | July 18, 2011 |
| Reply Briefs | September 27, 2011 | August 2, 2011 |

SO STIPULATED this 3rd day of February, 2011

/s/ Matthew G. McAndrews             /s/ Terrence J. Truax

Robert C. Ryan (Nevada SBN 7164)      William E. Peterson (Nevada SBN 1528)
HOLLAND & HART LLP                    Janine E. Prupas (Nevada SBN 9156)
200 South Virginia Street, 8th Floor  MORRIS PETERSON
Reno, Nevada 89504                    6100 Neil Rd., Suite 555
Telephone: (775) 686-2492             Reno, Nevada 89511
Fax: (877) 665-5867                   Telephone: (775) 829-6000
rcryan@hollandhart.com                Facsimile: (775) 829-6001
                                      wep@morrislawgroup.com
                                      jcp@morrislawgroup.com

Matthew G. McAndrews                  Terrence J. Truax
Frederick C. Laney                    Kristopher R. Kiel
NIRO, HALLER & NIRO                   JENNER & BLOCK LLP
181 West Madison Street, Suite 4600   353 N. Clark Street
Chicago, Illinois 60602               Chicago, Illinois 60654
Telephone: (312) 236-0733             Telephone: (312) 923-2738
Fax: (312) 236-3137                   Fax: (312) 840-7738
mmcandrews@nshn.com                   ttruax@jenner.com
laney@nshn.com                        kkiel@jenner.com

Attorneys for Plaintiff and Counterdefendant    Attorneys for Defendant and Counterplaintiff
Server Technology, Inc.                         American Power Conversion Corporation

Dated: February 4, 2011

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **PARTIES' STIPULATION CONCERNING SCHEDULE AND VACATUR OF FEBRUARY 7, 2011 CASE MANAGEMENT CONFERENCE** was filed on February 3, 2011 with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Matthew G. McAndrews<br>Frederick C. Laney<br>Niro, Haller & Niro<br>181 West Madison Street, Suite 4600<br>Chicago, Illinois 60602<br>Telephone: (312) 236-0733<br>Fax: (312) 236-3137<br>mmcandrews@nshn.com<br>laney@nshn.com | James E. Hartley<br>Conor Farley<br>Holland & Hart LLP<br>555 Seventeenth Street, Suite 3200<br>Denver, Colorado 80202-3979<br>Telephone: (303) 295-8237<br>Fax: (303) 975-5486<br>jhartley@hollandhart.com<br>cfarley@hollandhart.com |
| Robert C. Ryan<br>Holland & Hart LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada 89511<br>Telephone: (775) 686-6092<br>Fax: (877) 665-5867<br>rcryan@hollandhart.com | Shane P. Coleman<br>Holland & Hart LLP<br>401 North 31st Street<br>Suite 1500<br>Billings, Montana 59101<br>Telephone: (406) 252-2166<br>Fax: (406) 252-1669<br>spcoleman@hollandhart.com |
| Terrence J. Truax<br>Kristopher R. Kiel<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>Telephone: (312) 923-2738<br>Fax: (312) 840-7738<br>ttruax@jenner.com<br>kkiel@jenner.com | William E. Peterson (Nevada SBN 1528)<br>Janine E. Prupas (Nevada SBN 9156)<br>Morris Peterson<br>6100 Neil Rd., Suite 555<br>Reno, Nevada 89511<br>Telephone: (775) 829-6000<br>Facsimile: (775) 829-6001<br>wep@morrislawgroup.com<br>jcp@morrislawgroup.com |

/s/ Matthew G. McAndrews_____