1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF NEVADA

8                                   * * *
                                      )
9  SERVER TECHNOLOGY, INC., a Nevada   )
   corporation,                        )
10                                     )          3:06-CV-00698-LRH-VPC
              Plaintiff and Counterdefendant,  )
11                                     )
    v.                                 )          ORDER
12                                     )
   AMERICAN POWER CONVERSION           )
13  CORPORATION, a Massachusetts corporation, )
                                       )
14          Defendant and Counterclaimant   )
   _____ )

15

16          Before the court is plaintiff and counter-defendant Server Technology, Inc.'s ("STI") motion to

17  seal certain exhibits attached in support of its reply to its motion for summary judgment. Doc. #358.

18          As an initial matter, the court is acutely cognizant of the presumption in favor of public access to

19  papers filed in the district court. *See Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995).

20  Therefore, a party seeking to file materials under seal bears the burden of overcoming that presumption

21  by showing that the materials are covered by an operative protective order and are also deserving of

22  confidentiality. *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2005).

23  Specifically, a party must "articulate compelling reasons supported by specific factual findings that

24  outweigh the general history of access and the public policies favoring disclosure." *Kamakana, City and*

25  *County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (internal citations omitted).

26  ///

1
2
3
4
5
6

Here, in this patent infringement action, the court has entered a protective order governing documentation and testimony that is confidential to the parties' internal research and development. The court has reviewed the documents and pleadings on file in this matter and finds that the various exhibits contain information that is designated "Confidential" and "Highly Confidential" under the protective order. Therefore, the court finds that STI has satisfied its burden to show compelling reasons for filing the various exhibits and documents under seal.

7
8
9

IT IS THEREFORE ORDERED that plaintiff/counter-defendant's motion to seal certain exhibits attached in support of its reply to its motion for summary judgment (Doc. #358) is GRANTED.

10

IT IS SO ORDERED.

11

DATED this 16th day of October, 2012.

12
13
14

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

15
16
17
18
19
20
21
22
23
24
25
26

2