UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

SERVER TECHNOLOGY, INC., a Nevada corporation,

    Plaintiff and Counterdefendant,

v.

AMERICAN POWER CONVERSION CORPORATION, a Massachusetts corporation,

    Defendant and Counterclaimant

3:06-CV-00698-LRH-VPC

ORDER

    Before the court is plaintiff and counter-defendant Server Technology, Inc.'s ("STI") motion to seal certain exhibits attached in support of its renewed motion for summary judgment. Doc. #408.

    Also before the court is defendant and counter-claimant American Power Conversion Corp.'s ("APC") motion to seal certain exhibits attached in support of its response to STI's renewed motion for summary judgment. Doc. #410.

    As an initial matter, the court is acutely cognizant of the presumption in favor of public access to papers filed in the district court. *See Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995). Therefore, a party seeking to file materials under seal bears the burden of overcoming that presumption by showing that the materials are covered by an operative protective order and are also deserving of confidentiality. *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135

1  (9th Cir. 2005). Specifically, a party must "articulate compelling reasons supported by specific
2  factual findings that outweigh the general history of access and the public policies favoring
3  disclosure." *Kamakana, City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)
4  (internal citations omitted).

5      Here, in this patent infringement action, the court has entered a protective order governing
6  documentation and testimony that is confidential to the parties' internal research and development.
7  The court has reviewed the documents and pleadings on file in this matter and finds that the
8  various exhibits contain information that is designated "Confidential" and "Highly Confidential"
9  under the protective order. Therefore, the court finds that the parties have satisfied their burdens to
10 show compelling reasons for filing the various exhibits and documents under seal.

12     IT IS THEREFORE ORDERED that plaintiff/counter-defendant's motion to seal certain
13 exhibits attached in support of its renewed motion for summary judgment (Doc. #408); and
14 defendant/counter-claimant's motion to seal certain exhibits attached in support of its response to
15 plaintiff's renewed motion for summary judgment (Doc. #410) are GRANTED.

16     IT IS SO ORDERED.
17     DATED this 4th day of June, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE