1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                          * * *
                                             )
9   SERVER TECHNOLOGY, INC., a Nevada       )
    corporation,                             )
10                                           )          3:06-CV-00698-LRH-VPC
             Plaintiff and Counterdefendant, )
11                                           )
    v.                                       )
12                                           )          ORDER
    AMERICAN POWER CONVERSION               )
13  CORPORATION, a Massachusetts            )
    corporation,                             )
14                                           )
             Defendant and Counterclaimant  )
15  _____ )

16          Before the court is plaintiff and counter-defendant Server Technology, Inc.'s ("STI")

17  motion to strike or, in the alternative, for leave to file a sur-reply. Doc. #395.

18          A court has the inherent authority to grant leave to a party to file a sur-reply when the

19  information in that sur-reply would be germane to the evaluation of a pending matter. *See Cedars-*

20  *Sinai Medical Center v. Shalala*, 177 F.3d 1126, 1129 (9th Cir. 1999).

21          Here, the court has reviewed the documents and pleadings on file in this matter and finds

22  that a sur-reply would be germane to the court's evaluation of defendant's pending motion for

23  reconsideration. Therefore, the court shall grant STI's motion and allow STI to file a short sur-

24  reply of not more than ten (10) pages in response to defendant's reply to its motion for

25  reconsideration.

26  ///

IT IS THEREFORE ORDERED that plaintiff/counter-defendant's motion to strike or, in the alternative, for leave to file a sur-reply (Doc. #395) is GRANTED. Plaintiff/counter-defendant Server Technology, Inc. shall have ten (10) days after entry of this order to file a sur-reply of not more than ten (10) pages in response to defendant's reply to its motion for reconsideration.

IT IS FURTHER ORDERED that defendant and counter-claimant's motion to extend time (Doc. #392) is GRANTED nunc pro tunc.

IT IS FURTHER ORDERED that the parties request for a status conference (Doc. #388) is DENIED.

IT IS SO ORDERED.

DATED this 4th day of June, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2