Matthew B. Hippler (Nevada SBN 7015)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: 775-327-3000
mhippler@hollandhart.com

James E. Hartley
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado 80202
Telephone: 303-295-8000
jhartley@hollandhart.com

Donald A. Degnan
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Telephone: 303-473-2724
ddegnan@hollandhart.com

Shane P. Coleman
HOLLAND & HART LLP
401 North 31st Street, Suite 1500
Billings, Montana 59101
Telephone: 406-252-2166
spcoleman@hollandhart.com

Michael R. Henson
PERKINS & COIE LLP
1900 Sixteenth Street, Ste. 1400
Denver, CO  80202
Telephone:  303-291-2337
mhenson@perkinscoie.com

Attorneys for Plaintiff Server Technology, Inc.

William E. Peterson (Nevada SBN 1528)
Janine C. Prupas
Suellen Fulstone
SNELL & WILMER
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: (775) 785-5440
Fax: (775) 785-5441
wpeterson@swlaw.com
jprupas@swlaw.com
sfulstone@swlaw.com

Terrence J. Truax
Kristopher R. Kiel
Michael G. Babbitt
JENNER & BLOCK
353 North Clark Street
Chicago, Illinois 60654
ttruax@jenner.com
kkiel@jenner.com
mbabbitt@jenner.com

Nick G. Saros
JENNER & BLOCK
633 West 5th Street, Suite 3500
Los Angeles, CA 90071-2054
nsaros@jenner.com

Attorneys for Defendant American Power Conversion Corporation

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SERVER TECHNOLOGY, INC. (a Nevada corporation),<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN POWER CONVERSION CORPORATION (a Massachusetts corporation),<br><br>Defendant. | Case No.: 3:06-CV-00698-LRH-VPC<br><br>**JOINT REQUEST FOR EXTENSION OF TIME TO PREPARE AND FILE PRETRIAL ORDER AND PROPOSED SCHEDULING LEADING UP TO TRIAL** |

1    In its recent Order of August 22, 2013, the Court requested that the parties file a Joint

2    Pretrial Order in this case, stating that "the parties shall have thirty (30) days after entry of this

3    order to prepare a proposed joint pretrial order and submit the same for signature."  This request

4    would render the Joint Pretrial Order due on September 23, 2013.  (Dkt. 423, p. 6).  The parties

5    have conferred regarding the preparation of the Joint Pretrial Order, and to insure an orderly

6    preparation of the Joint Pretrial Order for use at trial, the parties jointly request a modest

7    adjustment in the schedule relating to the Pretrial Order as set forth below.  Following

8    submission of the Pretrial Order as per the schedule requested below, the parties are available at

9    the Court's convenience to discuss the scheduling of a trial date.

10    The parties jointly request the adjustment in the schedule for the reasons set forth below.

11    **First**, both Plaintiff Server Technology, Inc. and Defendant American Power Conversion

12    Corporation believe that given the importance of the Pretrial Order, the extensive record in this

13    case, and the need for both designations and counter-designations, an extension of time within

14    which to file the Pretrial Order would be advantageous for both parties and ultimately the Court.

15    Accordingly, the parties hereby jointly request that the Court allow them to file the Joint Pretrial

16    Order on November 22, 2013.  This would allow the parties sufficient time to prepare initial

17    designations for both deposition citations and exhibits by October 18, 2013, response

18    designations by November 8, 2013, reply designations by November 18, 2013, and to submit the

19    final Joint Pretrial Order for signature to the Court by November 22, 2013.

20    **Second**, the parties have also conferred regarding timing issues for motions *in limine* that

21    would allow sufficient time for briefing on the motions *in limine* to be completed before the end

22    of this year.  The parties believe that a workable schedule for submitting motions *in limine* to the

23    Court would put opening motions due by November 25, 2013, responses due by December 13,

24    2013 and replies, if any, due by December 20, 2013.

25    **Third**, the parties have also conferred regarding possible trial dates that would conform

26    to the schedule outlined above and believe that a trial in this case may proceed as early as

JOINT REQUEST FOR EXTENSION OF TIME TO
PREPARE AND FILE PRETRIAL ORDER

1  February 2014 or later subject, above all, to the Court's convenience and availability.  Both

2  parties expect that a trial on all of the issues could be completed within two weeks.  As for

3  setting a firm date for trial, the parties believe that finalizing the Joint Pretrial Order before

4  setting a trial date is the best approach, and will comply with the local practice of proposing

5  specific start dates for trial within the Joint Pretrial Order for the Court to consider.

6         Below is a synopsis of the proposed schedule, which if adopted by the Court would allow

7  for trial to commence as early as February 2014:

8

9         **Dates for Joint Pretrial Order**

10     Initial designations/Exhibits       October 18, 2013
       Response designations             November 8, 2013
11     Reply designations                November 18, 2013
       Final Order                       November 22, 2013
12

13     **Motions in Limine**

14     Opening motions                   November 25, 2013
       Responses                         December 13, 2013
15     Replies                           December 20, 2013

16

17

18     SO ORDERED: _____

19                  Honorable Judge Larry R. Hicks

20      Dated:  October 9, 2013.

21

22

23

24

25

26

JOINT REQUEST FOR EXTENSION OF TIME TO
PREPARE AND FILE PRETRIAL ORDER

2

Dated: September 6, 2013.

Respectfully submitted,


/s/*James E. Hartley*

James E. Hartley
HOLLAND & HART LLP
jhartley@hollandhart.com

Matthew B. Hippler (Nevada SBN 7015)
HOLLAND & HART LLP
mhippler@hollandhart.com

Shane P. Coleman
HOLLAND & HART LLP
spcoleman@hollandhart.com

Donald A. Degnan
HOLLAND & HART LLP
ddegnan@hollandhart.com

Michael R. Henson
PERKINS & COIE LLP
mhenson@perkinscoie.com

Attorneys for Plaintiff
SERVER TECHNOLOGY, INC.

/s/*Terrence J. Truax*

Terrence J. Truax
Kristopher R. Kiel
Michael G. Babbitt
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2738
ttruax@jenner.com
kkiel@jenner.com

Attorneys for Defendant
AMERICAN POWER CONVERSION CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on September 6, 2013 by the Court's electronic filing system to the following:

Matthew B. Hippler (Nevada SBN 7015)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: 775-327-3000
mhippler@hollandhart.com

James E. Hartley
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado 80202
Telephone: 303-295-8000
jhartley@hollandhart.com

Donald A. Degnan
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Telephone: 303-473-2724
ddegnan@hollandhart.com

Shane P. Coleman
HOLLAND & HART LLP
401 North 31st Street, Suite 1500
Billings, Montana 59101
Telephone: 406-252-2166
spcoleman@hollandhart.com

Michael R. Henson
PERKINS & COIE LLP
1900 Sixteenth Street, Ste. 1400
Denver, CO 80202
Telephone: 303-291-2337
mhenson@perkinscoie.com

Attorneys for Plaintiff Server Technology, Inc.

/s/   *Kristopher R. Kiel*