UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

SERVER TECHNOLOGY, INC.,
a Nevada corporation,

    Plaintiff,

v.

AMERICAN POWER CONVERSION CORPORATION, a Massachusetts corporation,

    Defendant.

Case No. 3:06-CV-00698-LRH-VPC

**ORDER**

Hon. Larry R. Hicks

    Defendant American Power Conversion Corp. ("APC") shall have until September 22, 2014, to submit its response(s) and/or objections to Plaintiff Server Technology, Inc.'s ("STI") (1) motion for permanent injunction (Dkt. 618), (2) motion for supplemental damages and prejudgment interest (Dkt. 619), and (3) bill of costs, (Dkt. 623).

IT IS SO ORDERED.

DATED this  8th  day of September, 2014

_____
LARRY R. HICKS
**UNITED STATES DISTRICT JUDGE**