# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SERVER TECHNOLOGY, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION, a Massachusetts corporation,<br><br>Defendant. | Case No. 3:06-CV-00698-LRH-VPC<br><br>**ORDER OF AMENDED JUDGMENT** |

This is a final order of amended judgment in this action.

1. On August 8, 2014, the court entered an order directing the entry of judgment as follows:

    a. In favor of plaintiff Server Technology, Inc. and against defendant American Power Conversion Corp. on defendant's obviousness and validity defense and on defendant's inequitable conduct defense and counterclaim, (Doc. #615); and

    b. In favor of plaintiff Server Technology, Inc. and against defendant American Power Conversion Corp. consistent with the jury's verdict (Doc. #590) in this action.

2. That same day, judgment was entered in accordance with the court's order. (Doc. #614).

///

///

3. Subsequently, on March 31, 2015, the court granted plaintiff's motion for supplemental damages and prejudgment interest, (Doc. #619), and plaintiff was given 10 days after the entry of the order to prepare an appropriate order of supplemental damages and prejudgment interest, (Doc. #615 ("March 31 Order")). The court also gave the parties thirty (30) days from entry of the March 31 Order to prepare and submit to the court for approval an appropriate compulsory license of the patents-in-suit with an ongoing royalty rate of 15% from the date of judgment. (*Id.*).

4. Subsequently, on April 10, 2015, plaintiff submitted its response to the court's March 31 Order, in which it set forth the appropriate figures for (a) damages awarded by the jury, (b) prejudgment interest on damages awarded by the jury, and (c) supplemental damages.

5. Defendant does not contest these calculations, which are set forth below.

| | | | |
|---|---|---|---|
| a. | Damages awarded by jury as reflected in judgment (Docs. ## 590, 614) | | $10,787,634 |
| b. | Prejudgment interest on damages awarded by the jury through the date of judgment August 8, 2014 (at prime rate) | | $1,397,437 |
| c. | Supplemental damages on sales from January 1, 2014 through the date of judgment August 8, 2014 (at 5 percent) | | $854,810 |
| d. | **Total damages and prejudgment interest** | | $13,039,881 |

IT IS THEREFORE ORDERED that the Clerk of court shall enter an amended judgment in favor of plaintiff Server Technology, Inc. and against defendant American Power Conversion Corp. on defendant's obviousness invalidity defense and defendant's inequitable conduct defense and counterclaim.

IT IS FURTHER ORDERED that the Clerk of Court shall also enter an amended judgment in favor of plaintiff Server Technology, Inc. and against defendant American Power Conversion Corp. in the amount of $13,039,881.

///

IT IS FURTHER ORDERED that post-judgment interest shall accrue upon the amounts set forth above at the statutory rate.

IT IS SO ORDERED.

Dated this 14th day April, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE