UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

SERVER TECHNOLOGY, INC. (a Nevada corporation),

    Plaintiff and Counterdefendant,

vs.

AMERICAN POWER CONVERSION CORPORATION (a Massachusetts corporation),

    Defendant and Counterplaintiff.

Case No.: 3:06-CV-698-LRH-VPC

**O R D E R**

**APPROVING BOND AND ENTERING STAY**

    Defendant American Power Conversion Corp.'s unopposed motion for approval of supersedeas bond and stay of execution on the amended judgment pending APC's appeal to the Federal Circuit Court of Appeals is GRANTED.

IT IS SO ORDERED

DATED this 18th day of June, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT JUDGE