UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

SERVER TECHNOLOGY, INC. (a Nevada corporation),

    Plaintiff and Counterdefendant,

vs.

AMERICAN POWER CONVERSION CORPORATION (a Massachusetts corporation),

    Defendant and Counterplaintiff.

Case No.: 3:06-CV-698-LRH-VPC

**O R D E R
ENTERING STAY OF
MARKING REQUIREMENT**

    Defendant American Power Conversion Corp.'s ("APC") motion for stay of the marking requirement pending APC's appeal to the Federal Circuit Court of Appeals is GRANTED.

IT IS SO ORDERED

DATED this 13th day of July, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT JUDGE