UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

SERVER TECHNOLOGY, INC.,

    Plaintiff,

v.

AMERICAN POWER CONVERSION CORPORATION,

    Defendant.

Case No. 3:06-cv-0698-LRH-VPC

ORDER

    Before the court is the parties' joint motion to substitute party. ECF No. 707.

    This action was originally initiated back in 2006 by plaintiff Server Technology, Inc. against defendant American Power Conversion Corporation. *See* ECF No. 1. Since that time, defendant was acquired by non-party Schneider Electric in 2011 and has been renamed and rebranded as Schneider Electric IT Corporation. The parties now move the court to substitute Schneider Electric IT Corporation as the proper defendant in this action instead of American Power Conversion Corporation. *See* ECF No. 707. The court finds that substituting Schneider Electric IT Corporation is appropriate in this action. Accordingly, the court shall grant the parties' joint motion.

///

///

///

///

1

1     IT IS THEREFORE ORDERED that the parties' joint motion to substitute party (ECF No. 707) is GRANTED. Schneider Electric IT Corporation shall be SUBSTITUTED as the DEFENDANT in this action.

    IT IS FURTHER ORDERED that all future pleadings in this action shall be re-captioned with Schneider Electric IT Corporation, f.k.a. American Power Conversion Corporation, as the named defendant.

    IT IS SO ORDERED.

    DATED this 26th day of September, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE