William E. Peterson (Nevada SBN 1528)
SNELL &WILMER
50 West Liberty Street, Suite 510
Reno, Nevada 89501
(775) 785-5440
wpeterson@swlaw.com

Terrence J. Truax
Reginald J. Hill
Michael G. Babbitt
Jenner & Block
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350
ttruax@jenner.com
rhill@jenner.com
mbabbitt@jenner.com

Adam G. Unikowsky
Jenner & Block
1099 New York Avenue, N.W., Suite 900
Washington, DC 20001
(202) 639-6000
aunikowsky@jenner.com

Attorneys for Defendant Schneider Electric IT
Corporation, f.k.a. American Power Conversion
Corporation

FILED / ENTERED
JAN - 9 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

*ORDER*

SERVER TECHNOLOGY, INC.,

   Plaintiff,

vs.

SCHNEIDER ELECTRIC IT CORPORATION,
f.k.a. AMERICAN POWER CONVERSION
CORPORATION,

   Defendant.

Case No. 3:06-CV-00698-LRH-VPC

**MOTION TO WITHDRAW CHAD J RAY AS COUNSEL FOR DEFENDANT SCHNEIDER ELECTRIC IT CORPORATION**

1   Jenner & Block, who appears on behalf of Schneider Electric IT Corporation, f.k.a.
2   American Power Conversion Corp. ("APC") as counsel in the above captioned case, hereby
3   respectfully moves this Court, pursuant to Local Rule 10.6(b), for leave to withdraw Chad J. Ray
4   from representation of APC in this lawsuit.
5   Mr. Ray has left the employ of Jenner & Block. APC is not harmed in any way by this
6   withdrawal, as attorneys Terrence J. Truax, Reginald J. Hill, Adam G. Unikowsky, and Michael
7   G. Babbitt who are attorneys at Jenner & Block, and local counsel William E. Peterson of Snell
8   & Wilmer, continue to represent APC.
9   WHEREFORE, Jenner & Block respectfully requests that the Court grant its motion for
10  leave to withdraw Chad J. Ray from representation of Defendant APC.

DATED: January 5, 2018

Respectfully submitted,

/s/ Terrence J. Truax
Terrence J. Truax
Reginald J. Hill
Adam G. Unikowsky
Michael G. Babbitt
Jenner & Block

William E. Peterson (Nevada SBN 1528)
Snell & Wilmer

Attorneys for Defendant Schneider Electric IT Corporation, f.k.a. American Power Conversion Corporation

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
DATED: January 9, 2018

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on January 5, 2018 by the Court's electronic filing system to the following:

Matthew B. Hippler (Nevada SBN 7015)
Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Fax: (877) 665-5867
mhippler@hollandhart.com

James E. Hartley
Donald A. Degnan
Timothy P. Getzoff
Adam Hubbard
Holland & Hart LLP
1800 Broadway, Suite 300,
Boulder, Colorado 80302
Telephone: (303) 473-2700
Fax: (303) 473-2720
jhartley@hollandhart.com
ddegnan@hollandhart.com
tgetzoff@hollandhart.com
aahubbard@hollandhart.com

Teague I. Donahey
Holland & Hart LLP
800 West Main Street, Suite 1750
Boise, ID 83702
Telephone: 208-342-5000
tidonahey@hollandhart.com

Shane P. Coleman
Holland & Hart LLP
401 North 31st Street
Billings, MT 59101
(406) 252-2166
Fax: (406) 252-1669
sp_coleman@hollandhart.com

Michael R. Henson
Perkins & Coie LLP
1900 Sixteenth Street, Ste. 1400
Denver, CO 80202
Telephone: (303) 291-2300
Fax: (303) 291-2400
mhenson@perkinscoie.com

/s/Michael G. Babbitt