**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SERVER TECHNOLOGY, INC., | |
| Plaintiff, | Case No. 3:06-CV-00698-LRH-VPC |
| vs. | **ORDER** |
| SCHNEIDER ELECTRIC IT CORPORATION, f.k.a. AMERICAN POWER CONVERSION CORPORATION, | |
| Defendant. | |

## ORDER OF THE COURT

The Court finds that there is good cause for APC's requested extension to file its bill of costs. Therefore, the deadline for APC's bill of costs is extended two-weeks from April 13, 2018 to April 27, 2018.

DATED this 13th day of April, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE