**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

SERVER TECHNOLOGY, INC.,

Plaintiff,

vs.

SCHNEIDER ELECTRIC IT CORPORATION, f.k.a. AMERICAN POWER CONVERSION CORPORATION,

Defendant.

Case No. 3:06-CV-00698-LRH-VPC

**APC'S UNOPPOSED MOTION FOR EXTENSION OF TIME (FIRST REQUEST)**

**AND ORDER THEREON**

Pursuant to Local Rule IA 6-1, Defendant Schneider Electric IT Corporation, f.k.a. American Power Conversion Corp. ("APC") respectfully submits this unopposed motion for a two-week extension of time to file its response to STI's Objections regarding APC's bill of costs. This is the first request for extension of time to file the response to STI's Objections regarding the Bill of Costs. In support of this motion, APC states the following:

1. The Court entered summary judgment in this action in favor of APC on March 30, 2018 (Dkt. 740). On April 13, 2018, APC timely filed its Bill of Costs (ECF No. 742), and on April 25, 2018 Plaintiff STI filed its Objections to Defendant's Bill of Costs (ECF No. 745). Pursuant to LR 54-1(c), Defendant APC's Response to Plaintiff STI's Objections is currently due on this Wednesday, May 2, 2018. APC requests a two-week extension to May 16, 2018.

2. APC respectfully requests two additional weeks to prepare its response to STI's objections to the bill of costs because of the complexity of the bill of costs and the complexity of STI's objections to the bill of costs in this longstanding case. Records supporting APC's costs are voluminous, spanning over the eleven-year course of this case. This case has had over 700 docket entries, dozens of depositions, a 13-day jury trial, a 2-day bench trial, an appeal to the Federal Circuit, and remand proceedings.

3. Counsel for STI has informed APC that STI does not oppose this extension.

4. The requested extension will not alter the date of any event or any deadline already fixed by Court order.

5. The requested extension is made in the interests of justice and not for the purposes of delay.

6. Accordingly, APC respectfully requests that the Court extend the time within which APC shall file its response to STI's objections to APC's bill of costs by two weeks.

| | |
|---|---|
| DATED: April 30, 2018 | Respectfully submitted,<br>*/s/ Reginald J. Hill*<br>Terrence J. Truax<br>Reginald J. Hill<br>Adam G. Unikowsky<br>Michael G. Babbitt<br>Jenner & Block<br><br>William E. Peterson (Nevada SBN 1528)<br>Snell & Wilmer<br><br>Attorneys for Defendant Schneider Electric IT Corporation, f.k.a. American Power Conversion Corporation |

SEE ORDER ON NEXT PAGE

# ORDER OF THE COURT

The Court finds that there is good cause for APC's requested extension to file its response to STI's objections to APC's bill of costs. Therefore, the deadline for APC's bill of costs is extended two-weeks from May 2, 2018 to May 16, 2018.

DATED this 1st day of May, 2018.



LARRY R. HICKS
UNITED STATES DISTRICT JUDGE